## ADAM J. SHELTON *v.* STATEWIDE GRIEVANCE COMMITTEE

The defendant's petition for certification for appeal from the Appellate Court, 85 Conn. App. 440 (AC 24584), is granted, limited to the following issue:

"Did the Appellate Court properly (1) conclude that there was insufficient evidence to support the reprimand of the plaintiff, and (2) direct the trial court to rescind the reprimand?"

The Supreme Court docket number is SC 17337.

*Frances Mickelson-Dera,* assistant bar counsel, in support of the petition.

*Adam J. Shelton,* pro se, in opposition.

Decided January 3, 2005

## BRUCE P. PLASSE *v.* COMMISSIONER OF REVENUE SERVICES

The plaintiff's petition for certification for appeal from the Appellate Court, 85 Conn. App. 542 (AC 24837), is denied.

*Bruce P. Plasse,* pro se, in support of the petition.

*Paul M. Scimonelli,* assistant attorney general, in opposition.

Decided January 3, 2005